STATE EX REL. SPENCE *v.* WORDEN, JUDGE.

[No. 27,681. Filed February 27, 1942.]

*Berlin Spence,* pro se.

PER CURIAM.—The relator has filed a petition for a writ of mandate against the respondent directing him to provide the relator with a record for an appeal to this court from an order dismissing a petition for a writ of *habeas corpus.* The relator recites that he is without funds to procure such record.

It appears from the petition that the relator is confined in the state prison under a commitment issued on a judgment of the St. Joseph Circuit Court regular on its face. Under these circumstances the LaPorte Circuit Court had no jurisdiction of the relator's petition for a writ of *habeas corpus* and the petition therefor was properly dismissed.

The petition for writ of mandate must be denied on the authority of *State ex rel. O'Leary* v. *Smith, Judge* (1941), *ante,* p. 111, 37 N. E. (2d) 60.

It is so ordered.

NOTE.—Reported in 39 N. E. (2d) 733.